```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  CHARLES J. LEE, Bar #221057
    JANET BATEMAN, Pennsylvania Bar #208063
 3  Assistant Federal Defenders
    Designated Counsel for Service
 4  2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
 5  Telephone: (559) 487-5561

 6  Attorneys for Defendant
    JOAQUIN OTIS SANTOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 1:12-cr-0353 AWI-BAM |
| ) | |
| *Plaintiff,*  ) | STIPULATION AND ORDER TO CONTINUE |
| ) | MOTION/STATUS CONFERENCE HEARING |
| v.  ) | |
| ) | DATE:   March 11, 2013 |
| JOAQUIN OTIS SANTOS,  ) | TIME:   1:00 P.M. |
| ) | JUDGE:  Hon. Barbara A. McAuliffe |
| *Defendant.*  ) | |
| ) | |
| ──────────────────────────  ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motion/status conference in the above-captioned matter now set for January 28, 2013, **may be continued to March 11, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  The government has informed defense they intend to provide an offer on both of Mr. Santos' cases next week.  The defense will then need additional time to review the offer with Mr. Santos.  Mr. Santos is currently staying at the residential Tulare River Alcoholism Program and is doing well there.  Defense counsel plan to go visit Mr. Santos in the near future to review the case and the government's offer with him.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 18, 2013   By:   /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 18, 2012   By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JOAQUIN OTIS SANTOS

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 22, 2013**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE