JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOAQUIN SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-0353 AWI-BAM |
|---|---|
| | ) 1:12-cr-0322 AWI-BAM |
| Plaintiff, | ) 1:11-cr-0425 BAM |
| | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL |
| | ) PRESENCE AT PRETRIAL PROCEEDINGS; |
| JOAQUIN SANTOS, | ) ORDER THEREON |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Joaquin Santos, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and hardship involved in travel to Fresno for court appearances. Mr. Santos is currently under Pre-Trial Supervision living at the Tule River Alcoholism Program (TRAP). Defense counsel has spoken with representatives from TRAP and

have been informed Mr. Santos is making good progress there.  Defense wishes to minimize the disruptions to Mr. Santos' treatment at the program.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:   2/12/13

/s/ Joaquin Otis Santos
JOAQUIN SANTOS

DATED:   2/12/13

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
Joaquin Santos

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   February 14, 2013**              /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE