UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:12-cr-00353 AWI BAM |
| | ) | 1:12-cr-00322 AWI BAM |
| | ) | |
| vs. | ) | **ORDER OF DETENTION PENDING A BOND** |
| | ) | **VIOLATION HEARING** |
| JOAQUIN OTIS SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A. <u>Order for Revocation and Detention</u>

After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

____ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

**or**

_X_ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

**and**

____ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

_X_ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

____ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

Dated: **July 31, 2013**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE