# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
NOV 1 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.                                 )
                                   )   Case No.    1:12-cr-322
                                   )               1:12-cr-353
JOAQUIN OTIS SANTOS                )               1:11-cr-425

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
*Place*

on     December 9, 2013 @ 1:00P.M. before Magistrate Judge Barbara A McAuliffe
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

(Copies to: Defendant; US Attorney; US Marshal; Pretrial Services or Probation; or Federal Defenders Office in Fresno, CA and FD office shall mail a copy of this Order to defendant)

SANTOS, Joaquin Otis
Dkt. No. 12-CR-322
No. 12-CR-353

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☒ (6) **The defendant is placed in the custody of: Tule River Alcoholism Program**

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____ 11/13/13
CUSTODIAN

☒ (7) **The defendant shall:**

☒ (a) **report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations;**

☒ (b) **report by telephone to the Pretrial Services Agency upon your release from custody;**

☒ (c) **cooperate in the collection of a DNA sample;**

☒ (d) **reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of the PSO; travel restricted to Tulare County and to and from Fresno for court purposes only, unless otherwise approved in advance by PSO;**

☒ (e) **report any contact with law enforcement to your PSO within 24 hours;**

☒ (f) **be released to the third-party of the Tule River Alcoholism Program and you shall reside at The Tule River Alcoholism Program, at 1012 North Reservation Road, Porterville, CA, until the conclusion of your federal case; and, participate in the TRAP Program, as directed by program staff and Pretrial Services;**

☒ (g) **staff from the Tule River Alcoholism Program, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;**

☒ (h) **you are restrict to the Tule River Alcoholism Program residential facility at all times except for required court appearances, attorney visits, court-ordered obligations, or medical needs or treatment; and you shall be escorted by program staff at all times you are away from the residential facility.**

☒ (i) **refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;**

☒ (j) **submit to drug or alcohol testing as approved by the PSO. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO;**

☒ (k) **refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;**

☒ (l) **you shall remain in custody pending notification of available bed space at Tule River Alcoholism Program (TRAP). When bed space becomes available, Pretrial Services will notify the Court and the defendant shall be released by the United States Marshals Service directly to the custody of the Tule River Alcoholism Program staff, for immediate transportation to the program.**

☐ (m) take all medications as prescribed by a licensed medical practitioner;

☐ (n) report any prescriptions provided by a licensed medical practitioner to the PSO within 48 hours of receipt;

☐ (o) surrender your passport to the Clerk, United States District Court, and obtain no passport during the pendency of this case;

☐ (p) not obtain a passport or other traveling documents during the pendency of this case;

☐ (q) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:

☐ (r) post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:

☐ (s) execute a bail bond with solvent sureties in the amount of $

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☑ ) The defendant is ORDERED released after processing.

Date: 11/13/13

_____
*Judicial Officer's Signature*

**BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE**
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL